McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHALEB ABDULLA, ET AL., ) | CV 06-S-2757MCE-KJM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **JOINT STIPULATION REGARDING GOVERNMENT'S ANSWER; ORDER** |
| MICHAEL CHERTOFF, ET AL., ) | |
| ) | |
| Defendants. ) | |

Plaintiffs have filed a complaint alleging that defendants have failed to timely process their applications for naturalization. Defendants respectfully inform the Court that plaintiffs' applications are currently pending clearance by the Federal Bureau of Investigations. Under current protocol, all applications for naturalization are routed through the FBI for name and fingerprint checks, a process over which the agency responsible for adjudication of the applications, Citizenship and Immigration Services, has no control. Once the FBI has cleared the

application, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiffs' application are currently pending at the FBI, defendants request an extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. Defendants expect the FBI name and background check process to be complete within an additional 60 days, and therefore request an extension until April 6, 2007. This is defendants' first request for an extension in this case, and counsel for plaintiffs does not oppose this request.

Dated: February 6, 2007               Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                            By:       /s/Audrey Hemesath
                                      Audrey B. Hemesath
                                      Assistant U.S. Attorney
                                      Attorneys for the Defendants


                                      /s/ Todd E. Gallinger
                                      Todd E. Gallinger
                                      Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on April 6, 2007.

IT IS SO ORDERED.

DATED: February 8, 2007.

_____
U.S. MAGISTRATE JUDGE