McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHALEB ABDULLA, ET AL., | CV 06-S-2757MCE-KJM |
| Plaintiffs, | |
| v. | **SECOND EXTENSION OF TIME IN WHICH TO FILE ANSWER TO COMPLAINT AND ORDER** |
| MICHAEL CHERTOFF, ET AL., | |
| Defendants. | |

Defendants have previously filed one stipulated extension request in this immigration case in which plaintiffs challenge the delay in the adjudication of their naturalization applications. Defendants respectfully inform the Court that the circumstances that necessitated the first extension request—a pending background name check by the Federal Bureau of Investigation—remain unchanged and as of the date of this filing, the name check remains on

expedited request but still pending with that agency.

Because United States Citizenship and Immigration Services is unable to adjudicate the applications without this name check from the FBI, the government requests a second 60-day extension of time in which to either file an answer to the complaint or seek a stipulated resolution with the plaintiffs.

Dated: April 4, 2007						Respectfully Submitted,

								McGREGOR W. SCOTT
								United States Attorney


						By:	/s/Audrey Hemesath
								Audrey B. Hemesath
								Assistant U.S. Attorney
								Attorneys for the Defendants


ORDER

Pursuant to this Motion for Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on June 6, 2007.

IT IS SO ORDERED.

DATED: April 5, 2007.

_____
U.S. MAGISTRATE JUDGE