1  McGREGOR W. SCOTT
   United States Attorney
2  ADA E. BOSQUE
   Department of Justice
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (202) 514-0179

5  Attorneys for Defendants

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  GHALEB ABDULLA, *et al.*,              )
                                           )      No. 2:06-cv-02757-MCE-KJM
12          Plaintiffs,                    )
                                           )
13      v.                                 )
                                           )      JOINT STIPULATION AND ORDER
14  MICHAEL CHERTOFF, *et al.*,            )
                                           )
15          Defendants.                    )
                                           )
    _____       )
16

17      This is an immigration case in which plaintiffs allege that defendants have delayed in the

18  adjudication of their Applications for Naturalization, and seek *de novo* determinations of the

19  applications pursuant to 8 U.S.C. § 1447(b).  The application of plaintiff Ghaleb Abdulla is now

20  ripe for administrative adjudication.  Accordingly, the parties stipulate that the proceedings

21  related to plaintiff Ghaleb Abdulla be remanded with instructions to the United States

22  Citizenship and Immigration Services to adjudicate the application within 60 days from the date

23  of the order of remand.

24                                      Respectfully submitted,

25                                       Ada E.  Bosque
    Dated: November 28, 2007            Ada E. Bosque
26                                      Department of Justice

27                                      Todd Eric Gallinger
                                        Todd Eric Gallinger
28  Dated: November 28, 2007            Counsel for Plaintiffs

**ORDER**

In this action, as it relates to the delay in the processing of plaintiff Ghaleb Abdulla's application for naturalization, the parties stipulate to a remand to the United States Citizenship and Immigration Service with instructions to adjudicate his Application for Naturalization within 60 days from the date of the order of remand.

IT IS SO ORDERED.

Dated: November 29, 2007

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE