1  McGREGOR W. SCOTT
   United States Attorney
2  ADA E. BOSQUE
   Department of Justice
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (202) 514-0179

5  Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

GHALEB ABDULLA, *et al.*,        )
                                     )       No. 2:06-cv-02757-MCE-KJM
    Plaintiffs,                          )
                                     )
    v.                                   )
                                     )       JOINT STIPULATION AND ORDER
MICHAEL CHERTOFF, *et al.*,      )
    Defendants.                          )

This is an immigration case in which plaintiffs allege that defendants have delayed in the adjudication of their Applications for Naturalization, and seek *de novo* determinations of the applications pursuant to 8 U.S.C. § 1447(b). The application of plaintiff Reema Abdulla is now ripe for administrative adjudication. Accordingly, the parties stipulate that the proceedings related to plaintiff Reema Abdulla be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

                                               Respectfully submitted,

                                               /s/ Ada E. Bosque
Dated: December 5, 2007              Ada E. Bosque
                                               Department of Justice

                                             /s/ Todd E. Gallinger
                                             Todd Eric Gallinger
Dated: December 5, 2007              Counsel for Plaintiffs

**ORDER**

In this action, as it relates to the delay in the processing of plaintiff Reema Abdulla's application for naturalization, the parties stipulate to a remand to the United States Citizenship and Immigration Service with instructions to adjudicate her Application for Naturalization within 60 days from the date of the order of remand.

IT IS SO ORDERED.

Dated: December 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE